UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-33531 |
| | § | |
| Ronald E. Reynolds | § | |
| | § | |
| | § | |
| DEBTOR (S) | § | CHAPTER 7 |

### DEBTOR'S MOTION TO DISMISS

**IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY ONE DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.**

**IF THE PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER. IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY ONE DAYS, YOU MUST RESPOND WITHIN THAT TIME. IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS. IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.**

TO HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Ronald E. Reynolds, Debtor in the above-entitled and numbered cause, and moves for the dismissal of the cause of action. Debtor, Ronald E. Reynolds, filed a voluntary petition for relief under Chapter 7 of title 11 of the United States Code on July 14th, 2016. Debtor no longer desires to prosecute this case. Debtor understands his ability to refile a bankruptcy may be precluded for a period of one hundred eighty (180) days.

WHEREFORE, Debtor, Ronald E. Reynolds, prays that his voluntary petition be dismissed and that he has such other and further relief as is just.

Date :   28th day of September, 2016          /s/ *Henri M. Cosey*
HENRI M. COSEY
TBN:  00783883
2245 Texas Drive, Suite 300
Sugar Land, Texas 77479
713.651.1177-Telephone
866.675.1687-Facsimile
Attorney for Debtor


I, Ronald E. Reynolds have read the forgoing motion to dismiss and understand that by filing this motion, ability to refile another bankruptcy may be precluded for a period of one hundred-eighty (180) days.


/s/ Ronald E. Reynolds
Ronald E. Reynolds

18 Sullivans Court

Missouri City, TX 77459