

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
11/21/2016

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-33531 |
| | § | |
| Ronald E. Reynolds | § | |
| | § | |
| | § | |
| DEBTOR (S) | § | CHAPTER 7 |

## ORDER GRANTING MOTION TO DIMISS

(Docket No. 21)

CAME ON to be considered Debtor's Motion to Dismiss, and the Court, after reviewing the Motion is of the opinion that said motion should be GRANTED. It is therefore, ORDERED, ADJUDGED AND DECREED, that Debtor's Voluntary petition filed herein on July 14th, 2016, be and the same is hereby dismissed.

Signed:  November 21, 2016.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

In re:                                                                Case No. 16-33531-drj
Ronald E. Reynolds                                                    Chapter 7
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0541-4          User: aalo              Page 1 of 1              Date Rcvd: Nov 21, 2016
                              Form ID: pdf001         Total Noticed: 22

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
db           +Ronald E. Reynolds,    18 Sullivans Court,    Missouri City, TX 77459-6280
9475971      +Alexie Fomine,    c/o Phillip Brantley,    7324 Southwest Freeway,    Suite 1020,
               Houston, TX 77074-2019
9475972      +Angela Randolph,    c/o Hobson Blanks, PC,    PO Drawer 999,    Doucette, TX 75942-0999
9475973      +Daniel Ramos,    c/o Cristobal M. Galindo,    4151 Southwest Freeway,    Suite 602,
               Houston, TX 77027-7320
9475974      +Earline Murray,    c/o Jerry Gallow,    1204 Nueces,    Austin, TX 78701-1743
9475975      +Fort Bend County Toll Road Authority,    P.O. Box 1307,    Richmond, TX 77406-0033
9475976      +H. Ameri Health Care Clinics,    c/o Phillip Brantley,    7324 Southwest Freeway,    Suite 1020,
               Houston, TX 77074-2019
9475977      +Harris Co. Toll Road Authority,    Dept. 1,    PO Box 4440,    Houston, TX 77210-4440
9475979      +Jonita Reynolds,    18 Sullivans Court,    Missouri City, TX 77459-6280
9475981      +Mana MRI,    c/o Andrew Totz,    2211 Norfolk,    Suite 510,    Houston, TX 77098-4048
9496146      +Mana MRI LC,    c/o Jon D Totz,    2211 Norfolk,    Ste 510,    Houston, TX 77098-4048
9475982      +Medi Health, Inc.,    c/o Jared C. Johnson,    3200 Southwest Freeway,    Suite 2200,
               Houston, TX 77027-7533
9475983      +Memorial MRI & Diagnostic,    c/o Phillip Brantley,    7324 Southwest Freeway,    Suite 1020,
               Houston, TX 77074-2019
9475984      +Nancy Calloway,    c/o J.L. Culpepper,    9821 Katy Freeway,    Suite 1100,
               Houston, TX 77024-1206
9475985      +Pacific Health Clinic, P.C.,    c/o Phillip Brantley,    7324 Southwest Freeway,    Suite 1020,
               Houston, TX 77074-2019
9475986       Regus,    3737 Kirby Drive, Suite 1200,    Houston, TX 77098
9475987       Texas Ethics Commission,    P. O. Box 12070,    Austin, TX 78711-2070

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: houston_bankruptcy@LGBS.com Nov 21 2016 22:27:53      Fort Bend County,
               c/o Tara L. Grundemeier,    Post Office Box 3064,    Houston, TX  77253-3064
9533383       E-mail/Text: houston_bankruptcy@LGBS.com Nov 21 2016 22:27:53      Fort Bend County,
               c/o Tara L. Grundemeier,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
               Houston, Tx. 77253-3064
9584936       E-mail/Text: houston_bankruptcy@LGBS.com Nov 21 2016 22:27:53      Harris County TRA,
               P.O. Box 3064,    Houston, Tx. 77253-3064
9475978       E-mail/Text: cio.bncmail@irs.gov Nov 21 2016 22:26:56      Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
9475980       E-mail/Text: houston_bankruptcy@LGBS.com Nov 21 2016 22:27:53      LINEBARGER GOGGAN BLAIR &,
               SAMPSON, LLP,    ATTORNEYS AT LAW,    PO BOX 3064,    HOUSTON, TX 77253-3064
                                                                                             TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
              Henri M Cosey    on behalf of Debtor Ronald E. Reynolds henricosey@hotmail.com,
               Galactus7@comcast.net
              Ronald J Sommers     efile@nathansommers.com, RS@trustesolutions.com,RS@trustesolutions.net,
               jbatres@nathansommers.com
              Tara L Grundemeier    on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
              US Trustee     USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```