**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Ronald E. Reynolds

**Debtor(s)**

Case No.: 16–33531

Chapter: 7

ENTERED
01/04/2017

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Ronald J Sommers is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 1/4/17

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE