ATTN: Darlene Hansen (Deputy Clerk-in-Charge)
United States Bankruptcy Court
for the Southern District of Texas
(Houston Division)
Bob Casey U.S. Courthouse
515 Rusk St.
Houston, TX 77002



16 SEPT 2018

Re:    Case#: 16-33531; Bankruptcy of Ronald Eugene Reynolds;
       Date: 7-14-16

Dear Ms. Hansen:

My name is Steven Ray Schillereff, TDC# 1202954. I am also a Judgment-Creditor in Case No.: 97473-A, Schillereff v. Reynolds, et al, which said Judgment was awarded to me on January 6th, 2011, (nearly 8-years ago) by the Honorable Judge Dan L. Schaap, 47th Judicial Dist. Court of Potter County, Texas. (See Enclosed). To date the Judgment-Debtors have not paid a single cent.

I was never informed by any party of the above referenced Bankruptcy. I only just last month discovered accidently (through a friend/Internet/Public Rec'ds) that said Bankruptcy procceeding occurred. Furthermore, to the best of my knowledge, my Final Judgment was not even mentioned, or included in said proceedings. (which was perhaps a Fraud Committed upon this Court). The Judgment Debtor, and any parties representing him, certainly have full awareness of the existance of my Final Judgment.

As a Judgment-Creditor I believe I am entitled to be informed by the Bankruptcy Court of the status of said proceedings; names and addresses of all Trusties and/or Receivers; and an Abstract of the Judgment and/or minutes of said Proceedings. If there is any cost for copies, please inform me as to such costs. I would make arrangements with my family to assist me in providing payment for copies.

I request that my Final Judgment be included in the Bankruptcy matters and I be included in the distribution of funds at this time if possible. Or perhaps I could appear by way of a Telephonic Hearing concerning such matters.

Please make this Request/Letter part of the record. Also please file mark the enclosed copy of this cover letter and return in back to me in the provided SASE for my records. Thank you for your time and consideration in this matter. I eagerly await your reply.

Respectfully submitted,

*Steven R. Schillereff*
Steven Ray Schillereff
TDC# 1202954
Neal Unit, 9055 Spur 591
Amarillo, TX 79107-9696

CC:  File Copy
Enc: Final Default Judgment, JAN 6, 2011

CAUSE NO. 97473 - A

| | | |
|---|---|---|
| STEVEN RAY SCHILLEREFF,<br>Plaintiff, pro se, | § | IN THE 47th DISTRICT COURT |
| | § | |
| Vs. | § | OF |
| | § | |
| RONALD E. REYNOLDS, et al,<br>Defendant(s). | § | POTTER COUNTY, TEXAS |

## FINAL DEFAULT JUDGMENT

On the 13th day of December, 2010, Plaintiff, Steven Ray Schillereff, moved for default judgment after defendants failed to file an answer in this case. At the hearing, Plaintiff appeared by way of affidavit.

Defendants Ronald E. Reynolds and The Brown & Brown Law Firm did not appear.

The Court determined it had jurisdiction over the subject matter and the parties in this proceeding. After considering the pleadings, the papers on file in this case, and the evidence Plaintiff presented on liability and damages, the Court GRANTS Plaintiff's motion for default judgment.

The Court

Hereby RENDERS judgment for Plaintiff Steven Ray Schillereff.

Therefore, the Court orders that Plaintiff recover damages from Defendants in the sum of $ 80,000.00 (Ronald E. Reynolds) and in the sum of $ 80,000.00 (The Brown & Brown Law Firm. P.C.) and Court Costs.

The Court finds the following:

1. Defendants were served with citation and a copy of Plaintiff's original petition on June 26th, 2009.

FILED
CAROLINE WOODBURN
DISTRICT CLERK
2011 JAN -7 A 8:43
POTTER COUNTY, TX
BY _____ DEPUTY

COPY

Page 1
1351510

2. The citation and proof of service were on file with this Court for at least ten days before the judgment was rendered.

3. The deadline for Defendants to file an answer was July 16, 2009. However, Defendants did not file an answer or any other pleading constituting an answer.

4. The Defendant's last known address is: 6565 West Loop South, Ste. 115A, Bellaire, Texas 77401.

5. Defendants military status is unknown.

6. The damages claimed in Plaintiff's petition are unliquidated. The Court held a hearing where Plaintiff presented evidence of damages.

7. This judgment is final, disposes of all claims and parties, and is appealable.

8. The Court orders execution to issue for this judgment.

SIGNED on __JANUARY 6__, 2011.

_____
Presiding Judge

FILED
CAROLINE WOODBURN
DISTRICT CLERK

2011 JAN -7 A 8: 43

POTTER COUNTY, TX

BY _____ DEPUTY

Page 2

1351511

14A  Amarillo Globe-News           amarillo.com  Sunday, January 16, 2011

# Docket

$64,408.21, pre-judgment and post-judgment interest and attorney's fees.

**HIGHLANDS PREMIER ACCEPTANCE CORP. VS. ELIZABETH HUGHES AKA ELIZABETH ROSE HUGHES AND CHRISTOPHER HUGHES AKA CHRISTOPHER LEE HUGHES,** Summary judgment. Plaintiff to recover from defendants, jointly and severally, $2,977.52, interest, attorney's fees and court costs.

**CACH LLC VS. GEORGE OLVERA,** Default judgment. Plaintiff to recover from defendant $6,985.57, post-judgment interest and court costs.

**MICKEY BOLTON VS. BARBARA L. YELEK,** Agreed judgment. Plaintiff to recover from defendant $25,000 and post-judgment interest. All costs of court adjudged against the party by whom incurred.

**HSBC BANK NEVADA, N.A. VS. ALLEN GRAVES,** Default judgment. Plaintiff to recover from defendant $1,319.11, pre-judgment and post-judgment interest, and court costs.

**HSBC BANK NEVADA, N.A. VS. CRYSTAL C. CAMPBELL,** Default judgment. Plaintiff to recover from defendant $4,729.46, pre-judgment and post-judgment interest and court costs.

**STEVEN RAY SCHILLEREFF VS. RONALD E. REYNOLDS, ET AL,** Final Default judgment. Plaintiff to recover from defendants, Ronald E. Reynolds, $80,000 and The Brown & Brown Law Firm, P.C., $80,000 and court costs.

**TURNER ENERGY SERVICES LTD, FDBA LLOYD JONES WELL SERVICE; LLOYD JONES WELL SERVICE LLC; T&J ENERGY LLC; AND TURNER ENERGY SERVICES LLC VS. SOFAMCO INC.,** Order granting summary judgment, and final summary judgment. Plaintiff Turner Energy Services Ltd. To recover from defendant $247,724.88 and pre-judgment interest; Plaintiff Lloyd Jones Well Service LLC to recover from defendant $134,035 and pre-judgment interest; Plaintiff T&J Energy LLC to recover from defendant $141,137.65 and pre-judgment interest; Plaintiff Turner Energy Services LLC to recover from defendant $23,586.50 and pre-judgment interest; Plaintiffs, collectively to recover from defendant post-judgment interest on all sums, attorney's fees and expenses in the sum of $42,500 and all court costs.

**POTTER COUNTY COURT**
**PATRICK SHELTON, AKA PATRICK HUGH SHELTON,** Judgment. Issuance of a bad check, Class C. Punishment assessed: $200 fine and costs.
**DENISE ALFARO, AKA DENISE NICOLE ALFARO,** Judgment. Issuance of a bad check, Class C. Punishment assessed: $175 fine and costs.

# RANDALL COUNTY

Steven Ray Schillereff
TDC# 1202954
Neal Unit
9055 Spur 591
Amarillo, TX 79107-9696

LEGAL MAIL:

Re: Case#: 16-33531

United States Bankruptcy Court
for the Southern District of Texas
(Houston Division)
c/o Darlene Hansen (Deputy Clerk-in-Charge)
Bob Casey U.S. Courthouse
515 Rusk St.
Houston, TX 77002

David J. Bradley, Clerk of Court
SEP 20 2018
FILED
United States Courts
Southern District of Texas