\* N O T I C E \*

ATTN: Darlene Hansen (Deputy Clerk-in-Charge)
United States Bankruptcy Court
for the Southern District of Texas
(Houston Division)
Bob Casey U.S. Courthouse
515 Rusk St.
Houston, TX 77002

United States Courts
Southern District of Texas
FILED

OCT 25 2018

David J. Bradley, Clerk of Court

21 OCT 2018

Re:     Case#: 16-33531; Bankruptcy of Ronald Eugene Reynolds;
        Date: 7-14-16 [Followup Request for Information, Receivers, Etc.]

Dear Ms. Hansen;

My name is Steven Ray Schillereff, TDC# 1202954. I am a Judgment-Creditor in Case No.: 97473-A, Schillereff v. Reynolds, et al. I am also an Indigent Inmate in the Texas Department of Criminal Justice at this time. And as such, I have no means to provide to you any Abstract of Judgment.

As a Judgment-Creditor I believe I am entitled to be informed by the Bankruptcy Court of the status of said proceedings; names and addresses of all Trusties and/or Receivers; and/or minutes of said Bankruptcy Proceedings. If there is any cost for copies, please inform me as to such costs.

Please make this Notice/Request part of the Record. Also, if possible, could you provide me a copy of the Docket Sheet of the above referenced Bankruptcy.

Thank you for your time and consideration in this matter. I eagerly await your reply.

Respectfully submitted.

*Steven R. Schillereff*
Steven Ray Schillereff
TDC# 1202954
Neal Unit
9055 Spur 591
Amarillo, TX 79107-9696



Steven Ray Schillereff
TDC# 1202954
Neal Unit, 9055 Spur 591
Amarillo, TX 79107-9696

AMARILLO TX 791

22 OCT 2018 PM 2 L

\* N O T I C E \*

Re: Case#: 16-33531; Reynolds.

ATTN: Darlene Hansen (Deputy Clerk-in-Charge)
United States Bankruptcy Court
for the Southern District of Texas
(Houston Division)
Bob Casey U.S. Courthouse
515 Rusk St.
Houston, TX 77002

United States Courts
Southern District of Texas
FILED

OCT 25 2018

David J. Bradley, Clerk of Court

LEGAL MAIL: